UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>        Plaintiff,<br>v.<br><br>DISTRICT ATTORNEY STEVEN B. WOLFSON, et al.,<br><br>        Defendants. | Case No. 2:19-cv-00032-APG-PAL<br><br>ORDER<br><br>(Mot for CMECF Access – ECF No. 3) |

Before the court is plaintiff's Motion for Permission for Electronic Case Filing (ECF No. 3).

Plaintiff is proceeding in this action *pro se*, which means he/she is not represented by an attorney. *See* LSR 2-1. Although pro se parties are generally held to less stringent standards, "pro se litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record." *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986). A pro se litigant must follow the same rules of procedure that govern other litigants. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1986); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (noting that "pro se litigants are bound by the rules of procedure"). The court appreciates that it is difficult for pro se parties to litigate their claims. Pro se parties are advised to familiarize themselves with the Federal Rules of Civil Procedure, the Local Rules of Practice, and relevant case law as much as possible.[1]

The Local Rules of Practice require attorneys "to file all documents electronically." LR IC 2-1(a). However, "a pro se litigant may request the court's authorization to register as a filer

---

[1] The Federal Rules of Civil Procedure may be accessed on the United States Courts website free of charge at: http://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. The Local Rules of Practice may be accessed from this court's website free of charge at http://www.nvd.uscourts.gov/. In addition, litigants may access the District of Nevada's pro se assistance packet through a link on the court's website, available at https://www.nvd.uscourts.gov/wp-content/uploads/2017/08/Representing-Yourself-Guide.pdf.

1

in a specific case." LR IC 2-1(b). Here, plaintiff asks the court to allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case. However, **he may not use the court's CM/ECF system to electronically serve summons and complaint**. He must first comply with the Federal Rules of Civil Procedure governing service. *See*, Fed. R. Civ. P. 4. He must also comply with the Local Rules of Practice and the court's orders. He has yet to file the certificate of interested parties required by LR 7.1-1 which the court has addressed in a separate order.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff Frederick O. Silver's Motion for Pro Se Litigant to File Documents Electronically (ECF No. 3) is **CONDITIONALLY GRANTED subject to his compliance with the court's order and LR 7.1-1 regarding the requirement to file a certificate of interested parties**;
2. Silver may not use the court's CM/ECF system to electronically serve summons and complaint. *See*, Fed. R. Civ. P. 4.
3. Provided he has timely complied with the court's order to file the certificate of interested parties, plaintiff will receive permission to file electronically if he complies with the following procedures to activate his CM/ECF account:
    a. On or before **February 1, 2019**, Plaintiff must complete the CM/ECF tutorial, which is accessible on the court's website www.nvd.uscourts.gov in the Civil & Criminal Events Menu, and file certification indicating that he / she is familiar with the electronic filing procedures and best practices.
    b. Plaintiff is not authorized to file electronically unless the certification is filed with the court within the specified time frame.

/ / /

/ / /

      c. Upon timely filing of the certificate of interested parties and certification of completion of the CM/ECF tutorial plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 18th day of January, 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE