# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK OMOYUMA SILVER,<br><br>    Plaintiff,<br>v.<br><br>STEVEN B. WOLFSON, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-0032-APG-PAL<br><br>**ORDER DENYING SECOND MOTION FOR ENTRY OF CLERK'S DEFAULT**<br><br>[ECF No. 57] |

Frederick Silver moves for entry of default against defendant Nevada Attorney General Aaron Ford. ECF No. 57. Based on the documents filed by Mr. Silver in support of his motion, it appears Mr. Silver attempted to serve the defendant by certified mail, which is not proper under Federal Rule of Civil Procedure 4. Therefore, Mr. Silver's motion for entry of default **(ECF No. 57) is denied without prejudice**.

Dated: April 8, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE