# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK O. SILVER, | Case No.: 2:19-cv-00032-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF Nos. 64, 85] |
| STEVEN B. WOLFSON, et al., | |
| Defendants | |

Plaintiff Frederick O. Silver filed a motion requesting that I act on his motions for request for production of documents and request for interrogatories and for default judgment. ECF No. 64. I deny Silver's motion as moot because all motions filed prior to this one have been resolved.

Silver also moves for clarification of my order denying his second motion for entry of default against defendant Aaron Ford. ECF No. 85. I deny this motion as moot. Ford has now appeared in the case and I have granted his motion to dismiss, with leave for Silver to amend. ECF No. 124. Further, even if Ford had defaulted, I would set aside the entry of default. *See United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010).

IT IS THEREFORE ORDERED that plaintiff Frederick Silver's motion for action on motions **(ECF No. 64) is DENIED as moot**.

IT IS FURTHER ORDERED that plaintiff Frederick Silver's motion for clarification **(ECF No. 85) is DENIED**.

DATED this 30th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE