# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>　　　　Plaintiff<br><br>v.<br><br>DISTRICT ATTORNEY STEVEN B. WOLFSON, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-00032-APG-BNW<br><br>**Order Denying Motion for Default Judgment and Directing Plaintiff to Show Cause Why Clark County Child Support Division Should Not Be Dismissed**<br><br>[ECF No. 132] |

　　　　Plaintiff Frederick O. Silver moves for default judgment against defendant Clark County Child Support Division. ECF No. 132. However, the Child Support Division is not a suable entity because it is a department of Clark County, not a political subdivision. *See* Nev. Rev. Stat. § 41.031(2) (stating an action may be brought against the State of Nevada "or any political subdivision of the State"). "In the absence of statutory authorization, a department of the municipal government may not, in the departmental name, sue or be sued." *Wayment v. Holmes*, 912 P.2d 816, 819 (Nev. 1996) (quotation omitted). The State of Nevada has not waived immunity on behalf of its departments or political subdivisions, and Silver has presented no authority for the proposition that the Child Support Division has been conferred the power to sue and be sued in its own name. I therefore deny his motion for default judgment. Further, because it appears the Child Support Division is not a suable entity, I order Silver to show cause why it should not be dismissed as a defendant in this action.

　　　　I THEREFORE ORDER that plaintiff Frederick O. Silver's motion for default judgment **(ECF No. 132) is DENIED**.

I FURTHER ORDER that on or before January 3, 2020, plaintiff Frederick O. Silver shall show cause, in writing, why defendant Clark County Child Support Division should not be dismissed from this action because it is not a suable entity.

DATED this 4th day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE