UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>  Plaintiff<br><br>v.<br><br>DISTRICT ATTORNEY STEVEN B. WOLFSON, et al.,<br><br>  Defendants | Case No.: 2:19-cv-00032-APG-BNW<br><br>**Order Extending Time to File Third Amended Complaint**<br><br>[ECF No. 151] |

I HEREBY ORDER that the plaintiff's second motion to extend time to file his third amended complaint **(ECF No. 151) is granted**. The Third Amended Complaint is due by October 12, 2020.

DATED this 2nd day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE