**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>    Plaintiff<br><br>v.<br><br>DISTRICT ATTORNEY STEVEN B. WOLFSON, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00032-APG-BNW<br><br>**Order Extending Time to File Third Amended Complaint**<br><br>[ECF No. 153] |

On June 4, 2020, I gave plaintiff Frederick Silver 33 days to file a third amended complaint. ECF No. 145. Since then, I granted Mr. Silver two extensions of the filing deadline. ECF Nos. 150, 152. Mr. Silver now seeks a third extension, this time requesting an additional 120 days. ECF No. 153. Mr. Silver does not explain why he needs this extension, nor does he explain why such a lengthy extension is needed this time. Out of an abundance of caution, I will grant an extension, but not as lengthy as requested.

I HEREBY ORDER that the plaintiff's motion for extension **(ECF No. 153) is granted in part**. Plaintiff Silver shall file a third amended complaint by **January 8, 2021**. No further extensions will be granted absent extraordinary circumstances. If Mr. Silver fails to file the third amended complaint by **January 8, 2021**, this case will be dismissed without further notice.

DATED this 2nd day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE