# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>    Plaintiff<br><br>v.<br><br>CLARK COUNTY, NEVADA; AARIN BAILEY, and VERONICA GOMEZ,<br><br>    Defendants | Case No.: 2:19-cv-00032-APG-BNW<br><br>**Order Certifying Case to Nevada Attorney General** |

This case involves a constitutional challenge to a Nevada state statute, specifically Nevada Revised Statutes § 126.151(3). *See* ECF No. 174. Based upon 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of Nevada Revised Statutes § 126.151(3) has been called into question in this action. Under Rule 5.1(c), the Attorney General for the State of Nevada has 60 days from the date of this Order to intervene in this action, if it chooses to do so.

I THEREFORE ORDER the clerk of court to mail a copy of this order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

Hon. Aaron Ford
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701

Hon. Aaron Ford
Office of the Attorney General
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

DATED this 1st day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE